**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-6207**

_____

DEBORAH V. HUBBARD, a/k/a Deborah Videtto Hubbard, a/k/a
Deborah Hubbard-Sarvis,

             Plaintiff - Appellant,

    v.

WILLIAM BYARS, JR.; JUDY ANDERSON; T. TYLER; D. FOULK, a/k/a
Officer Foulks; SADI RAFI,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Bruce H. Hendricks, District Judge.
(8:14-cv-00033-BHH)

_____

Submitted:  June 25, 2015         Decided:  June 30, 2015

_____

Before GREGORY, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Deborah V. Hubbard, Appellant Pro Se.  James E. Parham, Jr., Irmo,
South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deborah V. Hubbard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Hubbard v. Byars, No. 8:14-cv-00033-BHH (D.S.C. Jan. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2